# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY FAIRON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHOOTERS COCKTAILS, a business of unknown form; CIRCLECIRCLE, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:18-cv-01319-JVS-JDE<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

ORDER
DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Guy Fairon ("Plaintiff") and Shooters Cocktails and CircleCircle, LLC ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees. |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Guy Fairon ("Plaintiff") and Shooters Cocktails and CircleCircle, LLC ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: May 10, 2019

_____
UNITED STATES DISTRICT COURT JUDGE
JAMES V. SELNA